# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**EDGAR GIOVANI GARCIA HERNANDEZ,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00019-TES-CHW-6** |

## ORDER GRANTING MOTION TO CONTINUE TRIAL

Before the Court is Defendant Edgar Giovani Garcia Hernandez's Motion to Continue Trial [Doc. 71]. On May 15, 2024, the Grand Judy returned an Indictment [Doc. 1] charging Defendant Garcia Hernandez with one count of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, in connection with 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); three counts of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 18 U.S.C. § 2; and one count of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A). [Doc. 1, pp. 1–3]. Defendant Garcia Hernandez is detained pending trial. [Doc. 55].

In his Motion, Defendant Garcia Hernandez states that discovery in this case is voluminous and "is still being reviewed." [Doc. 71, p. 1 ¶ 2]. So that "adequate time [can be had to] complete a thorough review of the evidence" the Court finds, pursuant

to 18 U.S.C. § 3161(h)(7)(B)(i), that a failure to grant a continuance would likely result in a miscarriage of justice. [*Id.* at p. 2 ¶ 3]. Accordingly, the Court **GRANTS** Defendant Garcia Hernandez's Motion to Continue Trial [Doc. 71] and **CONTINUES** this case to *January 27, 2025*. *See also* Order Continuing Trial in the Interests of Justice, United States v. Armstrong, No. 3:24-cr-00019-TES-CHW-4 (M.D. Ga. Oct. 23, 2024), ECF No. 72.

The ends of justice served by this continuance outweigh the best interests of the public and Defendant Garcia Hernandez in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay. The Court will soon schedule a Pretrial Conference for December 10, 2024, in Athens, Georgia.

**SO ORDERED**, this 24th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2