IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **EDGAR GIOVANI GARCIA HERNANDEZ,** | : | |
| **Movant,** | : | |
| **v.** | : | **Case No. 3:24-cr-19-TES-CHW-6** |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent.** | : | **Proceedings Under 28 U.S.C. § 2255 Before the U.S. Magistrate Judge** |

**REPORT AND RECOMMENDATION**

Edgar Giovani Garcia Hernandez filed a Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255. (Doc. 233). In response, the Government filed a motion to stay, or alternatively to dismiss the petitioner without prejudice, because Movant is currently litigating a direct appeal before the Eleventh Circuit Court of Appeals. *See* (Docs. 174, 234).

In the absence of exceptional circumstances not present here, district courts lack jurisdiction to consider a Section 2255 motion during the pendency of a direct appeal. *United States v. Dunham*, 240 F.3d 1328, 1329 (11th Cir. 2001). Accordingly, it is **RECOMMENDED** that the Government's motion (Doc. 235) be **GRANTED** and that Movant's pending Section 2255 motion be **DISMISSED without prejudice** for lack of jurisdiction. Movant may recommence Section 2255 proceedings after the conclusion of his direct appeal.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation, or seek an extension of time to file objections, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof. Any objection is limited in length to **TWENTY (20) PAGES.** *See* M.D. Ga. L.R. 7.4. The District Judge shall make a de novo determination of those

portions of the Recommendation to which objection is made. All other portions of the Recommendation may be reviewed for clear error.

The parties are further notified that, pursuant to Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."

**SO RECOMMENDED**, this 6th day of August, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge