**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **EDGAR GIOVANI GARCIA HERNANDEZ,**<br><br>*Movant,*<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>*Respondent.* | **CRIMINAL ACTION NO. 3:24-cr-00019-TES-CHW-6** |

**ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 6, 2026, the United States Magistrate Judge filed his report and recommendation regarding Edgar Giovani Garcia Hernandez's effort to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Doc. 233]; [Doc. 236]. However, considering that Mr. Garcia Hernandez has a direct appeal pending before the Eleventh Circuit Court of Appeals, *United States v. Hernandez*, No. 25-11572 (11th Cir. May 7, 2025), the United States moved to stay or, alternatively, dismiss his § 2255 motion docketed on April 13, 2026. [Doc. 235]. Mr. Garcia Hernandez did not object to the instant report and recommendation, so the Court reviews it for clear error. 28 U.S.C. § 636(b)(1)(A).

On review, the Court **ADOPTS** the report and recommendation and **MAKES IT THE ORDER OF THE COURT**. In doing so, the Court **GRANTS** the government's

alternative basis from its motion to stay and **DISMISSES** Mr. Garcia Hernandez's § 2255 motion **without prejudice** for lack of jurisdiction. *United States v. Dunham*, 240 F.3d 1328, 1329 (11th Cir. 2001) (holding, district court lacked jurisdiction to consider and rule on § 2255 motion during the pendency of a direct appeal).

**SO ORDERED**, this 27th day of August, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**